*OWCP* v. *Perini North River Associates, ante,* p. 297.

No. 82–333. MICHIGAN *v.* MILLER. Ct. App. Mich. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *United States* v. *Ross,* 456 U. S. 798 (1982), and *New York* v. *Belton,* 453 U. S. 454 (1981).

No. 82–815. OHIO *v.* KOVACS, DBA B & W ENTERPRISES ET AL. C. A. 6th Cir. Certiorari granted, judgment vacated, and case remanded to consider the question of mootness.

No. 82–886. UNITED STATES *v.* EAGLE ELK. C. A. 8th Cir. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Wyrick* v. *Fields, ante,* p. 42.

No. A–478. WIDGERY *v.* UNITED STATES. Application for bond, addressed to JUSTICE BRENNAN and referred to the Court, denied.

No. D–316. IN RE DISBARMENT OF HARRIS. It is ordered that H. Reed Harris, of Chicago, Ill., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 65, Orig. TEXAS *v.* NEW MEXICO. Exceptions to the Report of the Special Master are set for oral argument in due course. [For earlier order herein, see, *e. g., ante,* p. 940.]

No. 82–65. BROWN ET AL. *v.* THOMSON, SECRETARY OF STATE OF WYOMING, ET AL. D. C. Wyo. [Probable juris-